No. 599. BRUNO ET AL. *v.* PENNSYLVANIA. Superior Court of Pennsylvania. Certiorari denied. *Marjorie Hanson Matson* for petitioners.

No. 603. DELAWARE SPORTS SERVICE *v.* DIAMOND STATE TELEPHONE Co. ET AL. Supreme Court of Delaware. Certiorari denied. *Arthur B. Hanson, Henry A. Wise, Jr.,* and *Emmett E. Tucker, Jr.,* for petitioner. *William S. Potter* and *John B. King* for Diamond State Telephone Co., and *David P. Buckson,* Attorney General, *Thomas Herlihy III,* Chief Deputy Attorney General, and *Ruth M. Ferrell,* Deputy Attorney General, for the State of Delaware, respondents.

No. 604. WATWOOD *v.* REAL ESTATE COMMISSION OF THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Chester H. Gray* and *Hubert B. Pair* for respondent.

No. 607. PRESS, ALIAS GRADY, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Max Feigin* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 608. BAUMAN, TRUSTEE *v.* CHOCTAW-CHICKASAW NATIONS ET AL. C. A. 10th Cir. Certiorari denied. *Walter J. Arnote* for petitioner.

No. 610. JONES *v.* METZGER DAIRIES, INC. C. A. 5th Cir. Certiorari denied. *Dee C. Blythe* for petitioner. *Charles P. Storey* for respondent.